UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:13MJ003 |
| BRIDGETTE JONES, | : | Magistrate Judge Bowman |
| Defendant. | : | |

## NOTICE OF RECOMMENDATION FOR APPOINTMENT OF COUNSEL

Steven S. Nolder, Federal Public Defender for the Southern District of Ohio, respectfully represents that Scott Rubenstein, 125 E. Court Street, Suite 1000, Cincinnati, Ohio, 45202, is the next available attorney on the District Court's CJA Panel, and accordingly recommends that he be appointed to represent the defendant in the above-captioned case effective January 4, 2013.

Respectfully submitted,

STEVEN S. NOLDER,
FEDERAL PUBLIC DEFENDER

*s/Richard Smith-Monahan*
Richard Smith-Monahan (0065648)
First Assistant Federal Public Defender
Chiquita Center
250 E. 5th Street, Suite 350
Cincinnati, Ohio  45202
(513) 929-4834

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office, Atrium II, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202.

*s/Richard Smith-Monahan*